JACOB GESELE et al., Appellants, Respondents, *v.* GERDA M. JOHANSEN, Respondent, Appellant.

(Argued October 22, 1930; decided November 18, 1930.)

*Herman Block* for plaintiffs-appellants-respondents.
*Walter E. Warner* for defendant-respondent-appellant.

Judgment affirmed, without costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.